# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.Q.,<br><br>                    Petitioner,<br><br>    v.<br><br>TODD M. LYONS, *et al.*,<br><br>                    Respondents. | Case No. 26-cv-01794-BAS-VET<br><br>**ORDER GRANTING AMENDED PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 12)** |

Petitioner J.Q. filed an Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  (ECF No. 12.)  The Court held a hearing on the Petition.  (ECF No. 18.)

For the reasons expressed at the hearing, the Court **GRANTS** the Amended Petition. Specifically, the Court finds that Respondents' re-detention of Petitioner without notice and an opportunity to be heard violated his due process rights.  *See Mathews v. Eldridge*, 424 U.S. 319, 334–35 (1976).

Accordingly, the Court issues the following writ:

- 1 -

26cv1794

Petitioner J.Q. (A# 245-678-238) is ordered released forthwith on the same terms and conditions on which he was originally released in December 2023. If the Department of Homeland Security believes revocation of his release is appropriate, then DHS must provide notice of changing the conditions of his release and an opportunity for Petitioner J.Q. to be heard.

The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: May 1, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

26cv1794